1130

No. 96–7155.  PRICE v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 96–7156.  CLARKE v. MILLER, GOVERNOR OF GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–7157.  MAYEUX v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 96–7158.  RAMIREZ v. BELANGER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–7159.  UNDERWOOD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–7161.  WILLIAMS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–7162.  YOUNT v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir.  Certiorari denied.

No. 96–7164.  BROWN v. STORY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–7165.  ATKINS v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–7166.  MOORE v. GROOSE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–7168.  MADRID v. CAMBRA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 96–7169.  MORRISON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–7170.  JOHNSON v. UTAH.  Ct. App. Utah.  Certiorari denied.

No. 96–7172.  SCOTT v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 96–7173.  POPE v. JONES ET AL.  C. A. 11th Cir.  Certiorari denied.